# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-25-00443-CR

---

**Chandler Keith Rodgers, Appellant**

**v.**

**The State of Texas, Appellee**

---

### FROM THE 424TH DISTRICT COURT OF BURNET COUNTY
### NO. 57837, THE HONORABLE EVAN C. STUBBS, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Chandler Keith Rodgers was charged with the felony offense of possessing with intent to deliver more than 400 grams of methamphetamine. *See* Tex. Health & Safety Code § 481.112(f). He pleaded guilty to the charged offense and requested that a jury assess his punishment. *See* Tex. Code Crim. Proc. art. 37.07, § 2. Following the punishment hearing, the jury sentenced him to seventy years' imprisonment, and the trial court rendered its judgment of conviction consistent with the jury's verdict. *See* Tex. Health & Safety Code § 481.112(f). He appealed the trial court's judgment of conviction.

Rodgers's court-appointed attorney on appeal filed a motion to withdraw supported by an *Anders* brief contending that the appeal is frivolous and without merit. *See Anders v. California*, 386 U.S. 738, 744-45 (1967). Rodgers's court-appointed attorney's brief meets the requirements of *Anders* by presenting a professional evaluation of the record and

demonstrating that there are no arguable grounds to be advanced. *See id.*; *Garner v. State*, 300 S.W.3d 763, 766 (Tex. Crim. App. 2009); *see also Penson v. Ohio*, 488 U.S. 75, 81-82 (1988) (explaining that *Anders* briefs serve purpose of "assisting the court in determining both that counsel in fact conducted the required detailed review of the case and that the appeal is . . . frivolous"). Rodgers's counsel represented to the Court that he provided copies of the motion and brief to Rodgers; advised Rodgers of his right to examine the appellate record, file a pro se brief, and pursue discretionary review following the resolution of the appeal in this Court; and provided Rodgers with a form motion for pro se access to the appellate record along with the mailing address of this Court. *See Kelly v. State*, 436 S.W.3d 313, 319-20 (Tex. Crim. App. 2014). Rodgers filed a pro se brief after his counsel filed the *Anders* brief.

We have independently reviewed the record and considered Rodgers's appellate brief filed by counsel and his pro se brief, and we have found nothing that might arguably support the appeal. *See Anders*, 386 U.S. at 744; *Garner*, 300 S.W.3d at 766. We agree with counsel that the appeal is frivolous and without merit. Accordingly, we grant counsel's motion to withdraw and affirm the trial court's judgment of conviction.

_____

Karin Crump, Justice

Before Chief Justice Byrne, Justices Theofanis and Crump

Affirmed

Filed: May 5, 2026

Do Not Publish

2